DANIEL WISOTZKEY, Respondent, *v.* THE NIAGARA FIRE INSURANCE COMPANY, Appellant.

*Wisotzkey* v. *Niagara Fire Ins. Co.*, 112 App. Div. 599, affirmed.
(Argued June 13, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1906, affirming a judgment in favor of plaintiff, entered upon the report of a referee in an action to recover upon a policy of fire insurance.

*Horace McGuire* for appellant.

*F. A. Robbins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

E. ALEXANDER HAND, Respondent, *v.* GEORGE W. EGBERT, Appellant.

*Hand* v. *Egbert*, 111 App. Div. 920, affirmed.
(Submitted June 13, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1906, affirming a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of a deposit paid upon a contract which it is alleged defendant failed to perform.

*Benjamin F. Norris* and *George W. Titcomb* for appellant.

*James Crooke McLeer* and *Harvey O. Dobson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.